# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: UBER TECHNOLOGIES, INC., DATA
SECURITY BREACH LITIGATION            MDL No. 2826

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −2)**

On April 4, 2018, the Panel transferred 8 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 304 F.Supp.3d 1351 (J.P.M.L. 2018). Since that time, 6 additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Philip S Gutierrez.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Gutierrez.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 4, 2018, and, with the consent of that court, assigned to the Honorable Philip S Gutierrez.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 27, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: UBER TECHNOLOGIES, INC., DATA  
SECURITY BREACH LITIGATION

MDL No. 2826

### SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | CACD No |
|---|---|---|---|---|
| MARYLAND | | | | |
| MD | 1 | 19−01260 | Morrison v. Uber Technologies, Inc. et al | |
| | | | | 2:19-cv-05829-PSG(GJSx) |



I hereby attest and certify on 7/8/2019  
that the foregoing document is full, true  
and correct copy of the original on file in  
my office, and in my legal custody.

**CLERK U.S. DISTRICT COURT**  
**CENTRAL DISTRICT OF CALIFORNIA**  
  Derek Davis  
**DEPUTY CLERK**